DOMINIC P. GENTILE
Nevada Bar No. 1923
FORREST M. ZIMMERMAN
Nevada Bar No. 17017
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
dgentile@clarkhill.com
fzimmerman@clarkhill.com

Attorneys for Defendant SALITA PROMOTIONS CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELO LEO,<br><br>Plaintiff,<br><br>v.<br><br>SALITA PROMOTIONS CORP., a New York corporation,<br><br>Defendant. | Case No.: 2:26-CV-02391-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO [ECF 1] COMPLAINT**<br>**(First Request)** |

Pursuant to LR IA 6-1, Defendant SALITA PROMOTIONS CORP. by and through its counsel, Dominic P. Gentile, Esq. and Forrest M. Zimmerman, Esq., of the law firm Clark Hill PLC and Plaintiff, ANGELO LEO, by and through his counsel, Mark G. Tratos, Esq., Bethany L. Rabe, Esq. and Jacob Langsner, Esq., of the law firm Greenberg Traurig, LLP, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to Respond to Plaintiff's [ECF 1] Complaint filed on August 4, 2026. The response is currently due on September 3, 2026; the parties hereby stipulate to extend the deadline to respond to September 17, 2026. This request is the first for an extension concerning this deadline.

Although Defendant's counsel has been actively working on responding to Plaintiff's Complaint, counsel requires a brief extension to complete their Response. Subject to the Court's

approval, the Parties have agreed that the Defendant shall have, up to and including September 17, 2026, to respond to Plaintiff's Complaint. Good cause exists to grant this additional time because counsel was only recently retained and continues to investigate the facts and relevant documents to this matter, some of which require the response of third parties and may be incorporated into the response. The parties have also engaged in settlement discussions in recent days. This stipulation is submitted in good faith and not for the purposes of delay, and it is not filed for an improper purpose.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 3rd day of September 2026.

**Clark Hill PLC**

/s/ Forrest M. Zimmerman, Esq.
DOMINIC P. GENTILE
Nevada Bar No. 1923
FORREST M. ZIMMERMAN
Nevada Bar No. 17017
1700 S. Pavilion Center Dr. Suite 500
Las Vegas Nevada 89135

*Attorneys for Defendant*

**Greenberg Traurig LLP**

/s/Bethany L. Rabe, Esq.
MARK G. TRATOS
Nevada Bar No. 1086
BETHANY L. RABE
Nevada Bar No. 11691
JACOB LANGSNER
Nevada Bar No. 17085
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

DATED: September 4, 2026

United States Magistrate Judge