**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELO LEO,

Plaintiff

v.

SALITA PROMOTIONS CORP.,

Defendant

Case No.: 2:26-cv-02391-APG-NJK

**Order Striking Certificate of Interested Parties**

I ORDER that defendant Salita Promotions Corp.'s certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Salita's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by October 2, 202.

DATED this 18th day of September, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE