MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
jacob.langsner@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELO LEO, an individual,

Plaintiff,

v.

SALITA PROMOTIONS CORP., a New York corporation,

Defendant.

Case No.: 2:26-cv-02391-APG-NJK

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**FIRST REQUEST**

It is hereby **STIPULATED AND AGREED** between Plaintiff Angelo Leo ("Plaintiff") and Defendant Salita Promotions Corp, ("Defendant"), by and through their undersigned counsel, that Plaintiff will have an additional 14 days to file its Opposition to Defendant's motion to dismiss ("Motion"), up to and including October 14, 2026. This is the first request for extension of this deadline.

Defendant's Motion was filed on September 16, 2026 (ECF No. 11). Plaintiff's opposition to the Motion is currently due on September 30, 2026. The parties stipulate to extend Plaintiff's deadline to oppose the Motion to October 14, 2026. This extension is requested due to prescheduled travel and work-related obligations of Plaintiff's counsel, rendering Plaintiff's attorneys partially unavailable

during the original timeframe for response. This additional time will also allow the parties to continue to discuss alternative means for potentially resolving this matter prior to further motion practice.

This is the first request for an extension of time to file the Opposition, and it is filed in good faith and not for purposes of undue delay.

DATED this 22nd day of September, 2026.

**GREENBERG TRAURIG, LLP**

*/s/Bethany L. Rabe*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

**CLARK HILL PLLC**

*/s/ Dominic P. Gentile*
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
FORREST M. ZIMMERMAN, ESQ.
Nevada Bar No. 17017
1700 Pavilion Center Drive, Suite 500
Las Vegas, NV 89135

*Counsel for Defendant*

IT IS SO ORDERED:

Dated: September 23, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002