MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
tratosm@gtlaw.com
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
jacob.langsner@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELO LEO, an individual,

Plaintiff,

v.

SALITA PROMOTIONS CORP., a New York corporation,

Defendant.

Case No.: 2:26-cv-02391-APG-NJK

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO FIRST AMENDED COMPLAINT**

**FIRST REQUEST**

It is hereby **STIPULATED AND AGREED** between Plaintiff Angelo Leo ("Plaintiff") and Defendant Salita Promotions Corp, ("Defendant"), by and through their undersigned counsel, that Defendant will have an additional 10 (ten) days to file its response to Plaintiff's First Amended Complaint. This is the first request for extension of this deadline.

Defendant filed a Motion to Dismiss on September 16, 2026 (ECF No. 11). Plaintiff filed his First Amended Complaint on October 6, 2026 (ECF No. 18), rendering the Motion to Dismiss moot. Defendant's response to the First Amended Complaint is currently due on October 20, 2026. Per the parties' stipulation, Defendant shall have 10 (ten) additional days, up to and including October 30, 2026, to respond to the First Amended Complaint.

This extension is requested due to prescheduled travel and work-related obligations of Defendant's counsel, rendering Defendant's attorneys partially unavailable during the original timeframe for response. This additional time will also allow the parties to continue to discuss alternative means for potentially resolving this matter prior to further motion practice.

This is the first request for an extension of time to file a response to the First Amended Complaint, and it is filed in good faith and not for purposes of undue delay.

DATED this 20th day of October, 2026.

**GREENBERG TRAURIG, LLP**

*/s/Bethany L. Rabe*
MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

**CLARK HILL PLLC**

*/s/ Dominic P. Gentile*
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
FORREST M. ZIMMERMAN, ESQ.
Nevada Bar No. 17017
1700 Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Counsel for Defendant*

IT IS SO ORDERED.
Dated: October 20, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge