**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANGELO LEO,

Plaintiff

v.

SALITA PROMOTIONS CORP.,

Defendant

Case No.: 2:26-cv-02391-APG-NJK

**Order Denying Motion to Dismiss as Moot**

[ECF No. 11]

In light of the amended complaint (ECF No. 18) and the parties' stipulation to extend time for the defendant to respond to the amended complaint (ECF No. 30),

I ORDER that the defendant's motion to dismiss (ECF No. 11) is DENIED as moot because it is directed at the original complaint.

DATED this 30th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE